Columbia County, Florida, Plaintiff in Error, v. Henry F.
  Graham and Lester Hubbell, co-partners as Graham
  & Hubbell, Defendants in Error.

### Division A.

Writ of error to Circuit Court, Columbia county; John F. White, Judge.

B. H. Palmer for plaintiff in error.

W. M. Ives and A. J. Henry for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*